THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD GRAVES.—

Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA.—

Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS MITCHELL.—

Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

MARGARET DAVIS, as Administratrix, v. CARISTO CONSTRUCTION CORP. et al.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. JASON N. ROBARDS, JR. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR RAKOW.—

Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

(Republished.)

In the Matter of NIALL F. O'DOHERTY, an Attorney.—

Concur — Breitel, J. P., Stevens, Eager and Steuer, JJ.; McNally, J., dissents as follows: I dissent for the reasons stated in the dissenting opinion (14 A D 2d 4, 11). (See, also, *Matter of Searing,* 13 A D 2d 406.)

The order of this court, entered on October 31, 1961 is vacated.